IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Jarmel Brownlee, #22524-171 )<br>                                       ) | Criminal Number 8:11-339-JMC-3<br><br>**O R D E R** |

       The State of South Carolina has petitioned this court to temporarily release federal inmate Jarmel Brownlee to its custody, or the custody of its duly appointed representative, on Friday, November 9, 2012, for the purpose of appearing in General Sessions Court at the Greenville County Courthouse as a witness in a state trial on November 12, 2012.  The State authorities will transport the inmate to and from the court proceeding. After reviewing the facts and considering all the relevant factors in this matter, this court finds that the petition should be granted.

       Now, therefore,

       IT IS ORDERED that the Federal Bureau of Prisons is directed to transfer custody of federal inmate Jarmel Brownlee to  the State of South Carolina, or its duly appointed representative, on Friday, November 9, 2012, for the purpose of appearing in General Sessions Court as witness in a state trial.  Mr. Brownlee shall be returned no later than 5:00 pm on Friday, November 16, 2012 to federal custody at his current place of incarceration following his appearance in General Sessions Court.

       IT IS SO ORDERED.

                                                            s/ Kevin F. McDonald
                                                            United States Magistrate Judge

September 28, 2012
Greenville, South Carolina